**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA**

-vs-                                                                               Case No.  6:06-cr-210-Orl-31KRS

**JAVIER MARTINEZ**

_____

### ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** PETITION TO DETERMINE THIRD PARTY INTEREST (Doc. No. 161)
>
> **FILED:** October 1, 2007

It is **ORDERED** that on or before November 2, 2007 counsel for the United States shall confer with the claimant in a good faith effort to resolve the claim.  It is further **ORDERED** that on or before November 5, 2007, counsel for the United States shall advise the Court in writing whether the claim has been resolved.  If it is not resolved, the Court will entered a scheduling order.

Claimant DWG, Motors, Inc. is advised that a corporation can only appear and be heard in this Court through an attorney who is a member of the bar of this Court.  Local Rule 2.03(e).  Accordingly, if this claim is not resolved, DWG, Motors, Inc. will be required to retain counsel to pursue its claim in this Court.

The Clerk of Court is directed to mail a copy of this Order to Mark Goodman, President, DWG Motors, Inc., 5712 15th Street East, Bradenton, Florida 34203.

**DONE** and **ORDERED** in Orlando, Florida on this 24th day of October, 2007.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

United States Marshal
United States Attorney
United States Probation Office
United States Pretrial Services Office
Counsel for Defendant
Javier Martinez